John Ryan 24-20668

# IRON SENERGY

Iron Cumberland, LLC
619 Maple Run Road
Waynesburg, PA 15370
724-206-3300

## Pay Details

JOHN D RYAN
309 TELEGRAPH RD
BROWNSVILLE, PA 15417
USA

| | |
|---|---|
| Employee Number | 102625 |
| SSN | XXX-XX-XXXX |
| Job | Roof Bolter - Center |
| Pay Rate | $32.41 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Cumberland Hourly |
| Location | Cumberland Mine 9 Portal |
| Company | 1301 - Cumberland Cumbra |
| Department | 02202 - Cumberland Mine Ofd |
| Function | 303 - Continuous Miner Advance |

### Pay Statement

| | |
|---|---|
| Period Start Date | 02/26/2024 |
| Period End Date | 03/10/2024 |
| Pay Date | 03/22/2024 |
| Document | 10/276/10b |
| Net Pay | $868.83 |

### Earnings

| Pay Type | Week | Job | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Birthday Pay | | | | | 0.0000 | $0.00 | $0.00 | $259.32 |
| Clothing Pay | | | | | 0.0000 | $0.00 | $0.00 | $335.00 |
| Doubletime | | | | | 0.0000 | $0.00 | $0.00 | $127.82 |
| Holiday Pay | | | | | 0.0000 | $0.00 | $0.00 | $777.98 |
| Overtime Pay | | | | | 0.0000 | $0.00 | $0.00 | $1,431.02 |
| Personal Leave | | | | | 0.0000 | $0.00 | $0.00 | $783.06 |
| RSDT | | | | | 0.0000 | $0.00 | $3.20 | $426.87 |
| Regular Hours | | | | | 0.0000 | $0.00 | $0.00 | $11,929.24 |
| SAFETY BONUS | | | | | 0.0000 | $0.00 | $0.00 | $75.86 |
| Shft Dff | | | | | 0.0000 | $0.00 | $0.00 | $33.90 |
| Shft Dff OT | | | | | 0.0000 | $0.00 | $0.00 | $12.16 |
| Sft Dff Q1 | | | | | 0.0000 | $0.00 | $0.00 | $23.66 |
| WTL D1 | | | | | 0.0000 | $0.00 | $0.00 | $32.06 |
| WTL Q7 | | | | | 0.0000 | $0.00 | $0.00 | $80.00 |
| OTL/AGKD Implnc | | | | | 0.0000 | | $7.94 | $70.70 |
| S&A Payment | 2 | Roof Bolter - Center | 02/26/2024 | 02/26/2024 | 8.0000 | | $67.14 | $67.14 |
| S&A Payment | 2 | Roof Bolter - Center | 02/27/2024 | 02/27/2024 | 8.0000 | | $67.14 | $67.14 |
| S&A Payment | 2 | Roof Bolter - Center | 02/28/2024 | 02/28/2024 | 8.0000 | | $67.14 | $67.14 |
| S&A Payment | 2 | Roof Bolter - Center | 02/29/2024 | 02/29/2024 | 8.0000 | | $67.14 | $67.14 |
| S&A Payment | 2 | Roof Bolter - Center | 03/01/2024 | 03/01/2024 | | | $67.14 | $67.14 |
| S&A Payment | 2 | Roof Bolter - Center | 03/02/2024 | 03/02/2024 | | | $67.16 | $67.16 |
| S&A Payment | 2 | Roof Bolter - Center | 03/03/2024 | 03/03/2024 | | | $67.14 | $67.14 |
| S&A Payment | 2 | Roof Bolter - Center | 03/04/2024 | 03/04/2024 | 8.0000 | | $67.14 | $67.14 |
| S&A Payment | 2 | Roof Bolter - Center | 03/05/2024 | 03/05/2024 | 8.0000 | | $67.14 | $67.14 |
| S&A Payment | 2 | Roof Bolter - Center | 03/06/2024 | 03/06/2024 | 8.0000 | | $67.14 | $67.14 |
| S&A Payment | 2 | Roof Bolter - Carter | 03/07/2024 | 03/07/2024 | | | $67.14 | $67.14 |
| S&A Payment | 2 | Roof Bolter - Center | 03/08/2024 | 03/08/2024 | 8.0000 | | $67.14 | $67.14 |
| S&A Payment | 2 | Roof Bolter - Center | 03/09/2024 | 03/09/2024 | | | $67.14 | $67.14 |
| S&A Payment | 2 | Roof Bolter - Center | 03/10/2024 | 03/10/2024 | | | $67.10 | $67.10 |
| Total Hours | 80.0000 | | | | | | | |

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k HS UPrs Tx | Yes | $0.00 | $471.04 | $0.00 | |
| 401k Loan 4 | No | $0.00 | $132.54 | $0.00 | |
| Asml UAWA | No | $0.00 | $45.20 | $0.00 | |
| Compel Asrmt | Yes | $0.00 | $10.00 | $0.00 | |
| Dental Plan | No | $7.94 | $0.00 | $0.00 | |
| Group Term Life | No | $0.00 | $32.70 | $0.00 | |
| UAWA Albc Vo | No | $0.00 | $348.18 | $0.00 | |
| Union Dues CU | No | $0.00 | $94.04 | $0.00 | |
| 401k 19 ER Cont | No | $0.00 | $0.00 | $3.23 | |
| 401k IS Mch MEE | No | $0.00 | $0.00 | $8.32 | |
| Basc ADD | No | $0.00 | $0.00 | $0.50 | |
| Basc Life | No | $0.00 | $0.00 | $1.14 | |
| Employee Assist | No | $0.00 | $0.00 | $1.64 | |
| Family Med Lv | No | $0.00 | $0.00 | | |
| Sckness Accid | No | $0.00 | $0.00 | | |
| UAWA Medical PI | Yes | $0.00 | $0.00 | $1,420.12 | |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $123.82 |
| Employee Medicare | $13.74 | $109.22 |
| Social Security Employee Tax | $58.77 | $487.00 |
| PA State Income Tax | $0.00 | $181.65 |
| CENTER | $0.00 | $62.17 |
| CENTER TWP | $0.00 | $0.00 |
| PA Unemployment Employee | $0.66 | $5.26 |

### Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Holiday | 0.0000 | 0.0000 | 80.0000 |
| Personal | 24.0000 | 0.0000 | 24.0000 |
| U Floot Vac | 0.0000 | 0.0000 | 32.0000 |
| U Grd Vac | 0.0000 | 0.0000 | 88.0000 |
| U Reg Vac | 0.0000 | 0.0000 | 80.0000 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx8063 | Savings | $500.00 |
| xxxxx6032 | Checking | $250.00 |
| xxxxx6736 | Checking | $118.83 |
| Total | | $868.83 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $947.94 | $947.94 | $73.17 | $7.94 | $866.83 |
| YTD | $7,525.48 | $7,001.42 | $972.34 | $1,145.70 | $2,419.32 |

IRON SENERGY

Iron Cumberland, LLC
578 Maple Run Road
Waynesburg, PA 15370
724-335-3200

Pay Statement
Period Start Date 02/12/2024
Period End Date 02/25/2024
Pay Date 03/01/2024
Document 104582903
Net Pay $1,801.98

## Pay Details

JOHN D RYAN
309 TELEGRAPH RD
BROWNSVILLE, PA 15417
USA

Employee Number 102625
SSN XXX-XX-XXXX
Job Roof Bolter - Center
Pay Rate $32.66
Pay Frequency Biweekly

Pay Group Cumberland Hourly
Location Cumberland Mine 9 Portal
Company 1301 - Cumberland Contura
Department 02802 - Cumberland Mine CM
Function 300 - Continuous Miner Advance

## Earnings

| Pay Type | Week | Job | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Birthday Pay | | | | | 0.0000 | $0.00 | $0.00 | $299.32 |
| Clothing Pay | | | | | 0.0000 | $0.00 | $0.00 | $333.00 |
| Holiday Pay | | | | | 0.0000 | $0.00 | $0.00 | $777.96 |
| SAFETY BONUS | | | | | 0.0000 | $0.00 | $0.00 | $73.89 |
| WTL OT | | | | | 0.0000 | $0.00 | $0.00 | $32.64 |
| OTL/AD&D Impinc | 2 | Roof Bolter - Center | | | | | $7.94 | $31.7[illegible] |
| Personal Leave | 2 | Roof Bolter - Center | 02/12/2024 | 02/12/2024 | 8.0000 | $32.66 | $261.32 | |
| R3CT | 2 | Roof Bolter - Center | 02/12/2024 | 02/13/2024 | 1.2500 | $43.99 | $61.25 | |
| Shift Diff | 2 | Roof Bolter - Center | 02/12/2024 | 02/12/2024 | 8.0000 | $0.60 | $4.80 | |
| Shift Diff OT | 2 | Roof Bolter - Center | 02/12/2024 | 02/13/2024 | 1.2500 | $0.90 | $1.12 | |
| Overtime Pay | 2 | Roof Bolter - Center | 02/13/2024 | 02/13/2024 | 2.1300 | $48.99 | $104.36 | |
| Regular Hours | 2 | Roof Bolter - Center | 02/13/2024 | 02/13/2024 | 8.0000 | $32.66 | $261.32 | |
| Shift Diff | 2 | Roof Bolter - Center | 02/13/2024 | 02/13/2024 | 8.0000 | $0.60 | $4.80 | |
| Shift Diff OT | 2 | Roof Bolter - Center | 02/13/2024 | 02/13/2024 | 2.1300 | $0.90 | $1.92 | |
| Overtime Pay | 2 | Roof Bolter - Center | 02/14/2024 | 02/14/2024 | 1.9000 | $43.99 | $97.02 | |
| Regular Hours | 2 | Roof Bolter - Center | 02/14/2024 | 02/14/2024 | 8.0000 | $32.66 | $261.32 | $1,823.24 |
| Shift Diff | 2 | Roof Bolter - Center | 02/14/2024 | 02/14/2024 | 8.0000 | $0.60 | $4.80 | |
| Shift Diff OT | 2 | Roof Bolter - Center | 02/14/2024 | 02/14/2024 | 1.9000 | $0.90 | $1.79 | |
| Shift Diff OT | 2 | Roof Bolter - Center | 02/14/2024 | 02/14/2024 | 0.5000 | $0.90 | $0.45 | |
| WTL OT | 2 | Roof Bolter - Center | 02/14/2024 | 02/14/2024 | 0.5000 | $48.99 | $24.50 | $74.00 |
| Personal Leave | 2 | Roof Bolter - Center | 02/15/2024 | 02/15/2024 | 8.0000 | $32.66 | $261.32 | |
| R3OT | 2 | Roof Bolter - Center | 02/15/2024 | 02/16/2024 | 1.2500 | $43.99 | $61.25 | |
| Shift Diff | 2 | Roof Bolter - Center | 02/15/2024 | 02/15/2024 | 8.0000 | $0.60 | $4.80 | |
| Shift Diff OT | 2 | Roof Bolter - Center | 02/15/2024 | 02/15/2024 | 1.2500 | $0.90 | $1.12 | |
| Personal Leave | 2 | Roof Bolter - Center | 02/16/2024 | 02/16/2024 | 8.0000 | $32.66 | $261.32 | $783.96 |
| R3OT | 2 | Roof Bolter - Center | 02/16/2024 | 02/16/2024 | 1.2500 | $43.99 | $61.25 | $428.87 |
| Shift Diff | 2 | Roof Bolter - Center | 02/16/2024 | 02/16/2024 | 8.0000 | $0.60 | $4.80 | [illegible] |
| Shift Diff OT | 2 | Roof Bolter - Center | 02/16/2024 | 02/16/2024 | 1.2500 | $0.90 | $1.12 | |
| Doubletime | 2 | Roof Bolter - Center | 02/17/2024 | 02/17/2024 | 1.4300 | $65.33 | $96.00 | $102.82 |
| Overtime Pay | 2 | Roof Bolter - Center | 02/17/2024 | 02/17/2024 | 8.0000 | $48.99 | $391.93 | [illegible] |
| Shift Diff OT | 2 | Roof Bolter - Center | 02/17/2024 | 02/17/2024 | 1.4300 | $1.20 | $1.78 | [illegible] |
| Shift Diff OT | 2 | Roof Bolter - Center | 02/17/2024 | 02/17/2024 | 8.0000 | $0.90 | $7.20 | [illegible] |
| S&A Payment | 2 | Roof Bolter - Center | 02/20/2024 | 02/20/2024 | 8.0000 | | $67.14 | |
| S&A Payment | 2 | Roof Bolter - Center | 02/21/2024 | 02/21/2024 | 8.0000 | | $67.14 | |
| S&A Payment | 2 | Roof Bolter - Center | 02/22/2024 | 02/22/2024 | 8.0000 | | $67.14 | |
| S&A Payment | 2 | Roof Bolter - Center | 02/23/2024 | 02/23/2024 | 8.0000 | | $67.14 | |
| S&A Payment | 2 | Roof Bolter - Center | 02/24/2024 | 02/24/2024 | 8.0000 | | $67.14 | $335.70 |

Total Hours 87.8400

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k IS UPre Tx | Yes | $179.63 | $471.04 | $0.00 | $0.00 |
| 401k Loan 4 | No | $66.27 | $132.54 | $0.00 | $0.00 |
| Assmt UMWA | No | $22.45 | $45.20 | $0.00 | $0.00 |
| Compsc Assmt | No | $0.00 | $10.00 | $0.00 | $0.00 |
| Dental Plan | Yes | $4.00 | $6.00 | $40.07 | $120.2[illegible] |
| Group Term Life | No | $7.94 | $31.76 | $0.00 | $0.00 |
| UMWA Alloc Ins | No | $174.00 | $348.18 | $0.00 | $0.00 |
| Union Dues CU | No | $0.00 | $34.04 | $0.00 | $0.00 |
| 401k IS ER Cont | No | $0.00 | $0.00 | $36.33 | $109.[illegible] |
| 401k IS Mch UEE | No | $0.00 | $0.00 | $33.33 | $109.[illegible] |
| Basic ADD | No | $0.00 | $0.00 | $3.38 | $16.[illegible] |
| Basic Life | No | $0.00 | $0.00 | $6.32 | $41.[illegible] |
| Employee Assist | No | $0.00 | $0.00 | $0.50 | $2.50 |
| Family Med Lv | No | $0.00 | $0.00 | $1.14 | $5.70 |
| Sickness Accid | No | $0.00 | $0.00 | $1.54 | $7.70 |
| UMWA Medical Pl | Yes | $0.00 | $0.00 | $1,401.12 | $7,0[illegible] |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $39.06 | $129.62 |
| Employee Medicare | $37.49 | $93.4[illegible] |
| Social Security Employee Tax | $160.27 | $404.3[illegible] |
| PA State Income Tax | $63.81 | $180.8[illegible] |
| CENTER | $22.41 | $82.17 |
| CENTER TWP | $2.00 | $6.00 |
| PA Unemployment Employee | $1.81 | $4.60 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Holiday | 8.0000 | 0.0000 | 60.0000 |
| Personal | 24.0000 | 0.0000 | 24.0000 |
| U Float Vac | 0.0000 | 0.0000 | 32.0000 |
| U Grad Vac | 0.0000 | 0.0000 | 88.0000 |
| U Reg Vac | 0.0000 | 0.0000 | 96.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1963 | Savings | $500.00 |
| xxxxxx0022 | Checking | $250.00 |
| xxxxxx5645 | Savings | $250.00 |
| xxxxxx6226 | Checking | $250.00 |
| xxxxxx0784 | Checking | $551.98 |
| Total | | $1,801.98 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,569.03 | $2,405.40 | $332.67 | $434.38 | $1,801.98 |
| YTD | $6,580.52 | $6,113.43 | $809.27 | $1,130.78 | $4,632.49 |

# IRON SENERGY

Iron Cumberland, LLC
578 Maple Run Road
Waynesburg, PA 15370
724-XXX-XXXX

JOHN D RYAN
306 TELEGRAPH RD
BROWNSVILLE, PA 15417
USA

## Pay Details

| | |
|---|---|
| Employee Number | 102825 |
| SSN | XXX-XX-XXXX |
| Job | Roof Bolter - Center |
| Pay Rate | $32.36 |
| Pay Frequency | Biweekly |

| Pay Group | Cumberland Hourly |
|---|---|
| Location | Cumberland Mine 9 Portal |
| Category | 1301 - Cumberland Contura |
| Department | 62002 - Cumberland Mine LW |
| Function | 3100 - Continuous Miner Allowance |

## Pay Statement

| | |
|---|---|
| Period Start Date | 02/12/2024 |
| Period End Date | 02/25/2024 |
| Pay Date | 03/05/2024 |
| Document | 104562003 |
| Net Pay | $1,201.58 |

## Earnings

| Pay Type | Week | Job | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Birthday Pay | | | | | 0.0000 | $0.00 | $0.00 | $259.32 |
| Defrag Pay | | | | | 0.0000 | $0.00 | $0.00 | $335.00 |
| Holiday Pay | | | | | 0.0000 | $0.00 | $0.00 | $777.96 |
| SAFETY BONUS | | | | | 0.0000 | $0.00 | $0.00 | $75.99 |
| WTL OT | | | | | 0.0000 | $0.00 | $0.00 | $32.96 |
| GTL/ADD Impric | | | | | | | $7.94 | $217.08 |
| Personal Leave | 2 | Roof Bolter - Center | 02/12/2024 | 02/12/2024 | 8.0000 | $32.61 | $261.52 | |
| RSOT | 2 | Roof Bolter - Center | 02/12/2024 | 02/12/2024 | 1.2500 | $49.99 | $61.25 | |
| Shift Diff | 2 | Roof Bolter - Center | 02/12/2024 | 02/12/2024 | 8.0000 | $0.50 | $4.80 | |
| Shift Diff OT | 2 | Roof Bolter - Center | 02/12/2024 | 02/12/2024 | 1.2500 | $0.90 | $1.12 | |
| Overtime Pay | 2 | Roof Bolter - Center | 02/13/2024 | 02/13/2024 | 2.1300 | $48.99 | $104.36 | |
| Regular Hours | 2 | Roof Bolter - Center | 02/13/2024 | 02/13/2024 | 8.0000 | $32.96 | $261.32 | |
| Shift Diff | 2 | Roof Bolter - Center | 02/13/2024 | 02/13/2024 | 8.0000 | $0.60 | $4.80 | |
| Shift Diff OT | 2 | Roof Bolter - Center | 02/13/2024 | 02/13/2024 | 2.1300 | $0.90 | $1.92 | |
| Overtime Pay | 2 | Roof Bolter - Center | 02/14/2024 | 02/14/2024 | 1.9500 | $49.99 | $97.02 | |
| Regular Hours | 2 | Roof Bolter - Center | 02/14/2024 | 02/14/2024 | 8.0000 | $32.96 | $261.32 | |
| Shift Diff | 2 | Roof Bolter - Center | 02/14/2024 | 02/14/2024 | 8.0000 | $0.60 | $4.80 | |
| Shift Diff OT | 2 | Roof Bolter - Center | 02/14/2024 | 02/14/2024 | 1.9500 | $0.90 | $1.75 | |
| WTL OT | 2 | Roof Bolter - Center | 02/14/2024 | 02/14/2024 | 0.5000 | $0.90 | $0.45 | |
| Personal Leave | 2 | Roof Bolter - Center | 02/15/2024 | 02/15/2024 | 0.5000 | $49.99 | $24.50 | |
| RSOT | 2 | Roof Bolter - Center | 02/15/2024 | 02/15/2024 | 8.0000 | $32.96 | $261.32 | |
| Shift Diff | 2 | Roof Bolter - Center | 02/15/2024 | 02/15/2024 | 1.2500 | $49.99 | $61.25 | |
| Shift Diff OT | 2 | Roof Bolter - Center | 02/15/2024 | 02/15/2024 | 8.0000 | $0.60 | $4.80 | |
| Personal Leave | 2 | Roof Bolter - Center | 02/15/2024 | 02/15/2024 | 1.2500 | $0.90 | $1.12 | |
| RSOT | 2 | Roof Bolter - Center | 02/16/2024 | 02/16/2024 | 6.0000 | $32.96 | $261.32 | |
| Shift Diff | 2 | Roof Bolter - Center | 02/16/2024 | 02/16/2024 | 1.2500 | $49.99 | $61.25 | |
| Shift Diff OT | 2 | Roof Bolter - Center | 02/16/2024 | 02/16/2024 | 7.0000 | $0.60 | $4.80 | |
| Doubletime | 2 | Roof Bolter - Center | 02/16/2024 | 02/16/2024 | 1.2500 | $0.90 | $1.12 | |
| Overtime Pay | 2 | Roof Bolter - Center | 02/17/2024 | 02/17/2024 | 1.4500 | $66.33 | $96.00 | |
| Shift Diff OT | 2 | Roof Bolter - Center | 02/17/2024 | 02/17/2024 | 8.0000 | $49.99 | $399.99 | |
| Shift Diff OT | 2 | Roof Bolter - Center | 02/17/2024 | 02/17/2024 | 1.4500 | $1.20 | $1.78 | |
| S&A Payment | 2 | Roof Bolter - Center | 02/17/2024 | 02/17/2024 | 8.0000 | $0.90 | $7.20 | |
| S&A Payment | 2 | Roof Bolter - Center | 02/29/2024 | 02/29/2024 | 8.0000 | | $67.14 | |
| S&A Payment | 2 | Roof Bolter - Center | 02/21/2024 | 02/21/2024 | 8.0000 | | $67.14 | |
| S&A Payment | 2 | Roof Bolter - Center | 02/22/2024 | 02/22/2024 | 8.0000 | | $67.14 | |
| S&A Payment | 2 | Roof Bolter - Center | 02/23/2024 | 02/23/2024 | 8.0000 | | $67.14 | |
| S&A Payment | 2 | Roof Bolter - Center | 02/24/2024 | 02/24/2024 | 8.0000 | | $67.14 | |

Total Hours: 97.8400

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k IS UPS Tx | Yes | $179.83 | $471.04 | $0.00 | |
| 401k Loan 4 | No | $46.27 | $132.54 | $0.00 | |
| Asset UMWA | No | $22.45 | $45.20 | $2.00 | |
| Compar Assmt | No | $3.50 | $10.00 | $3.60 | |
| Dental Plan | Yes | $4.00 | $6.00 | $40.07 | |
| Group Term Life | No | $7.94 | $37.76 | $0.00 | |
| UMWA Allec Ins | No | $174.09 | $348.18 | $0.00 | |
| Union Dues CU | No | $0.00 | $64.04 | $0.00 | |
| 401k IS ER Cont | No | $0.00 | $0.00 | $36.33 | |
| 401k IS Mch UEE | No | $0.00 | $0.00 | $39.33 | |
| Basic ADD | No | $3.00 | $0.00 | $16.00 | |
| Basic Life | No | $0.00 | $0.00 | $3.36 | |
| Employer Asst | No | $0.00 | $0.00 | $6.32 | |
| Family Mec Lv | No | $0.00 | $0.00 | $0.50 | |
| Sickness Accd1 | No | $0.00 | $0.00 | $1.14 | |
| UMWA Medical Pt | Yes | $0.00 | $0.00 | $1.64 | |
| | | | | $1,461.12 | $7,806.66 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $39.56 | $129.62 |
| Employer Medicare | $27.49 | $85.64 |
| Social Security Employee Tax | $160.27 | $429.32 |
| PA State Income Tax | $68.81 | $193.89 |
| CENTER | $22.41 | $62.17 |
| CENTER TWP | $2.00 | $6.00 |
| PA Unemployment Employee | $1.91 | $4.00 |

## Net Pay Distribution

| Account Type | Account Number | Amount |
|---|---|---|
| Savings | xxxxx6983 | $500.00 |
| Checking | xxxxx5632 | $250.00 |
| Savings | xxxxx5515 | $250.00 |
| Checking | xxxxx6226 | $250.00 |
| Checking | xxxxx0758 | $551.98 |
| Total | | $1,801.98 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Holiday | 8.0000 | 0.0000 | 80.0000 |
| Personal | 24.0000 | 0.0000 | 24.0000 |
| U Float Vac | 0.0000 | 0.0000 | 32.0000 |
| U Grad Vac | 0.0000 | 0.0000 | 88.0000 |
| U Reg Vac | | | 96.0000 |

## Pay Summary

| | Gross | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | $2,569.03 | $332.67 | $454.36 | $1,801.98 |
| YTD | $6,550.52 | $889.27 | $1,138.76 | $4,552.49 |

# IRON SENERGY

**Iron Senergy Holding LLC**
300 TELEGRAPH RD
BROWNSVILLE, PA 15417
USA

## Pay Details

| | | |
|---|---|---|
| JOHN D RYAN | Employee Number | 102525 |
| 300 TELEGRAPH RD | Job | Roof Bolter - Center |
| BROWNSVILLE, PA 15417 | Pay Rate | $33.41 |
| USA | Pay Frequency | Biweekly |

Pay Group  Cumberland Hourly
Location  Cumberland Mine @ Portal
Company  1301 - Cumberland Contura
Department  02802 - Cumberland Mine CM
Function  300 - Continuous Miner Advance

## Earnings

| Pay Type | Week | Job | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|---|

(earnings and deductions detail illegible)

## Pay Summary

| | Gross | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | | | | |
| YTD | | | | |

# IRON SENERGY

Iron Cumberland, LLC
576 Maple Run Road
Waynesburg, PA 15370
724-385-3200

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/01/2024 |
| Period End Date | 01/14/2024 |
| Pay Date | 01/26/2024 |
| Document | 98991620 |
| Net Pay | $565.90 |

## Pay Details

JOHN D RYAN
306 TELEGRAPH RD
BROWNSVILLE PA 15417
USA

| | |
|---|---|
| Employee Number | 102525 |
| SSN | XXX-XX-XXXX |
| Job | Roof Bolter - Center |
| Pay Rate | $32.41 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Cumberland Hourly |
| Location | Cumberland Mine 9 Portal |
| Company | 1301 - Cumberland Contura |
| Department | 02802 - Cumberland Mine CM |
| Function | 300 - Continuous Miner Advance |

## Earnings

| Pay Type | Week | Job | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| GTL/AD&D Imphc | | | | | | | $7.94 | $15.68 |
| SAFETY BONUS | | | | | | | $75.09 | $76.80 |
| Holiday Pay | 2 | Roof Bolter - Center | 01/01/2024 | 01/01/2024 | 8.0000 | $32.41 | $259.32 | $777.96 |
| RSOT | 2 | Roof Bolter - Center | 01/01/2024 | 01/01/2024 | 1.2500 | $48.62 | $60.78 | $259.32 |
| Shift Diff | 2 | Roof Bolter - Center | 01/01/2024 | 01/01/2024 | 8.0000 | $0.60 | $4.80 | $243.12 |
| Shift Diff OT | 2 | Roof Bolter - Center | 01/02/2024 | 01/02/2024 | 1.2500 | $0.90 | $1.12 | $9.60 |
| On Job Injury | 2 | Roof Bolter - Center | 01/02/2024 | 01/02/2024 | 8.0000 | | $0.00 | $2.24 |
| Birthday Pay | 2 | Roof Bolter - Center | 01/03/2024 | 01/03/2024 | 8.0000 | $32.41 | $259.32 | |
| RSOT | 2 | Roof Bolter - Center | 01/03/2024 | 01/03/2024 | 1.2500 | $48.62 | $60.78 | |
| Shift Diff | 2 | Roof Bolter - Center | 01/03/2024 | 01/03/2024 | 8.0000 | $0.60 | $4.80 | |
| Shift Diff OT | 2 | Roof Bolter - Center | 01/03/2024 | 01/03/2024 | 1.2500 | $0.90 | $1.12 | |
| On Job Injury | 2 | Roof Bolter - Center | 01/04/2024 | 01/04/2024 | 8.0000 | | $0.00 | |
| On Job Injury | 2 | Roof Bolter - Center | 01/05/2024 | 01/05/2024 | 8.0000 | | $0.00 | |
| On Job Injury | 2 | Roof Bolter - Center | 01/08/2024 | 01/08/2024 | 8.0000 | | $0.00 | |
| On Job Injury | 2 | Roof Bolter - Center | 01/09/2024 | 01/09/2024 | 8.0000 | | $0.00 | |
| On Job Injury | 2 | Roof Bolter - Center | 01/10/2024 | 01/10/2024 | 8.0000 | | $0.00 | |
| On Job Injury | 2 | Roof Bolter - Center | 01/11/2024 | 01/11/2024 | 8.0000 | | $0.00 | |
| On Job Injury | 2 | Roof Bolter - Center | 01/12/2024 | 01/12/2024 | 8.0000 | | $0.00 | |

Total Hours 18.5000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k IS Pre Tx | Yes | $58.23 | $109.45 | $0.00 | $0.00 |
| Dental Plan | Yes | $0.00 | $2.00 | $0.00 | $0.00 |
| Group Term Life | No | $7.94 | $15.88 | $0.00 | $0.00 |
| 401k IS ER Cont | No | $0.00 | $0.00 | $2.63 | |
| 401k IS Mch UEE | No | $0.00 | $0.00 | $2.63 | |
| Basic ADD | No | $0.00 | $0.00 | $3.38 | |
| Basic Life | No | $0.00 | $0.00 | $8.32 | |
| Employee Assist | No | $0.00 | $0.00 | $0.50 | |
| Family Med Lv | No | $0.00 | $0.00 | $1.14 | |
| Sickness Accid | No | $0.00 | $0.00 | $1.54 | |
| UMWA Medical Pl | Yes | $0.00 | $0.00 | $1,401.12 | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $15.37 | $15.37 |
| Employee Medicare | $10.67 | $20.04 |
| Social Security Employee Tax | $45.62 | $85.68 |
| PA State Income Tax | $22.35 | $41.94 |
| CENTER | $7.28 | $13.66 |
| CENTER TWP | $2.00 | $4.00 |
| PA Unemployment Employee | $0.51 | $0.96 |

## Net Pay Distribution

| Account Type | Account Number | Amount |
|---|---|---|
| Savings | xxxxx9963 | $500.00 |
| Checking | xxxxx0758 | $65.90 |
| Total | | $565.90 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Holiday | 8.0000 | 0.0000 | 80.0000 |
| Personal | 0.0000 | 0.0000 | 48.0000 |
| U Float Vac | 0.0000 | 0.0000 | 32.0000 |
| U Grad Vac | 0.0000 | 0.0000 | 88.0000 |
| U Reg Vac | 0.0000 | 0.0000 | 96.0000 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $735.87 | $677.64 | $103.80 | $66.17 | $565.90 |
| YTD | $1,384.01 | $1,272.56 | $181.65 | $127.33 | $1,075.03 |

# IRON SENERGY

Iron Cumberland, LLC
578 Maple Run Road
Waynesburg, PA 15370
724-395-3200

JOHN D RYAN
306 TELEGRAPH RD
BROWNSVILLE, PA 15417
USA

| Pay Statement | |
|---|---|
| Period Start Date | 01/01/2024 |
| Period End Date | 01/14/2024 |
| Pay Date | 01/26/2024 |
| Document | 9891620 |
| Net Pay | $565.90 |

## Pay Details

| Employee Number | 102525 |
|---|---|
| SSN | XXX-XX-XXXX |
| Job | Roof Bolter - Center |
| Pay Rate | $32.41 |
| Pay Frequency | Biweekly |

| Pay Group | Cumberland Hourly |
|---|---|
| Location | Cumberland Mine 9 Portal |
| Company | 1301 - Cumberland Contura |
| Department | 02802 - Cumberland Mine CM |
| Function | 300 - Continuous Miner Advance |

## Earnings

| Pay Type | Week | Job | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| GTL/AD&D Impinc | 2 | Roof Bolter - Center | | | | | $7.94 | $15.68 |
| SAFETY BONUS | 2 | Roof Bolter - Center | | | | | $75.69 | $75.69 |
| Holiday Pay | 2 | Roof Bolter - Center | 01/01/2024 | 01/01/2024 | 8.0000 | $32.41 | $259.32 | $777.96 |
| RSOT | 2 | Roof Bolter - Center | 01/01/2024 | 01/01/2024 | 1.2500 | $48.62 | $60.78 | |
| Shift Diff | 2 | Roof Bolter - Center | 01/01/2024 | 01/01/2024 | 8.0000 | $0.60 | $4.80 | |
| Shift Diff OT | 2 | Roof Bolter - Center | 01/01/2024 | 01/01/2024 | 1.2500 | $0.90 | $1.12 | |
| On Job Injury | 2 | Roof Bolter - Center | 01/02/2024 | 01/02/2024 | 8.0000 | $0.00 | $0.00 | $259.32 |
| Birthday Pay | 2 | Roof Bolter - Center | 01/03/2024 | 01/03/2024 | 8.0000 | $32.41 | $259.32 | $243.15 |
| RSOT | 2 | Roof Bolter - Center | 01/03/2024 | 01/03/2024 | 1.2500 | $48.62 | $60.78 | $96.00 |
| Shift Diff | 2 | Roof Bolter - Center | 01/03/2024 | 01/03/2024 | 8.0000 | $0.60 | $4.80 | $2.24 |
| Shift Diff OT | 2 | Roof Bolter - Center | 01/03/2024 | 01/03/2024 | 1.2500 | $0.90 | $1.12 | |
| On Job Injury | 2 | Roof Bolter - Center | 01/04/2024 | 01/04/2024 | 8.0000 | | $0.00 | |
| On Job Injury | 2 | Roof Bolter - Center | 01/05/2024 | 01/05/2024 | 8.0000 | | $0.00 | |
| On Job Injury | 2 | Roof Bolter - Center | 01/08/2024 | 01/08/2024 | 8.0000 | | $0.00 | |
| On Job Injury | 2 | Roof Bolter - Center | 01/09/2024 | 01/09/2024 | 8.0000 | | $0.00 | |
| On Job Injury | 2 | Roof Bolter - Center | 01/10/2024 | 01/10/2024 | 8.0000 | | $0.00 | |
| On Job Injury | 2 | Roof Bolter - Center | 01/11/2024 | 01/11/2024 | 0.0000 | | $0.00 | |
| On Job Injury | 2 | Roof Bolter - Center | 01/12/2024 | 01/12/2024 | 0.0000 | | $0.00 | |
| Total Hours 18.5000 | | | | | | | | |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k IS UPre Tx | Yes | $58.23 | $109.45 | $0.00 | $0.00 |
| Dental Plan | Yes | $0.00 | $2.00 | $0.00 | $0.00 |
| Group Term Life | No | $7.94 | $15.68 | $0.00 | $0.00 |
| 401k IS ER Cont | No | $0.00 | $0.00 | $2.63 | $9.63 |
| 401k IS Mch UEE | No | $0.00 | $0.00 | $2.63 | $9.63 |
| Basic ADD | No | $0.00 | $0.00 | $3.38 | $5.70 |
| Basic Life | No | $0.00 | $0.00 | $8.32 | $16.64 |
| Employee Assist | No | $0.00 | $0.00 | $0.50 | $1.00 |
| Family Mod Lv | No | $0.00 | $0.00 | $1.14 | $2.28 |
| Sickness Accid | No | $0.00 | $0.00 | $1.54 | $3.08 |
| UMWA Medical Pl | Yes | $0.00 | $0.00 | $1,401.12 | $2,802.24 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $15.37 | $15.37 |
| Employee Medicare | $10.67 | $20.04 |
| Social Security Employee Tax | $45.62 | $85.68 |
| PA State Income Tax | $22.35 | $41.94 |
| CENTER | $7.28 | $13.66 |
| CENTER TWP | $2.00 | $4.00 |
| PA Unemployment Employee | $0.51 | $0.96 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Holiday | 8.0000 | 0.0000 | 80.0000 |
| Personal | 0.0000 | 0.0000 | 48.0000 |
| U Float Vac | 0.0000 | 0.0000 | 32.0000 |
| U Grad Vac | 0.0000 | 0.0000 | 88.0000 |
| U Reg Vac | 0.0000 | 0.0000 | 96.0000 |

## Net Pay Distribution

| Account Type | Account Number | Amount |
|---|---|---|
| Savings | xxxxx0963 | $500.00 |
| Checking | xxxxx0785 | $65.90 |
| Total | | $565.90 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $735.87 | $677.64 | $103.80 | $66.17 | $565.90 |
| YTD | $1,394.01 | $1,272.56 | $181.65 | $127.33 | $1,075.03 |

# IRON SENERGY

Iron Cumberland, LLC
576 Maple Run Road
Waynesburg, PA 15370
724-395-3200

## Pay Details

JOHN D RYAN
308 TELEGRAPH RD
BROWNSVILLE, PA 15417
USA

| | |
|---|---|
| Employee Number | 102625 |
| SSN | XXX-XX-XXXX |
| Jco | Roof Bolter - Center |
| Pay Rate | $32.41 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Cumberland Hourly |
| Location | Cumberland Mine 9 Portal |
| Company | 1301 - Cumberland Contura |
| Department | 02802 - Cumberland Mine CM |
| Function | 300 - Continuous Miner Advance |

| Pay Statement | |
|---|---|
| Period Start Date | 12/18/2023 |
| Period End Date | 12/31/2023 |
| Pay Date | 01/12/2024 |
| Document | 07128013 |
| Net Pay | $509.13 |

## Earnings

| Pay Type | Week | Job | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| GTLAD&D Implnc | | | | | | | $7.94 | $7.94 |
| On Job Injury | 2 | Roof Bolter - Center | 12/18/2023 | 12/18/2023 | 8.0000 | | $0.00 | $0.00 |
| On Job Injury | 2 | Roof Bolter - Center | 12/19/2023 | 12/19/2023 | 8.0000 | | $0.00 | $0.00 |
| On Job Injury | 2 | Roof Bolter - Center | 12/20/2023 | 12/20/2023 | 8.0000 | | $0.00 | $0.00 |
| On Job Injury | 2 | Roof Bolter - Center | 12/21/2023 | 12/21/2023 | 8.0000 | | $0.00 | $0.00 |
| On Job Injury | 2 | Roof Bolter - Center | 12/22/2023 | 12/22/2023 | 8.0000 | | $0.00 | $0.00 |
| Holiday Pay | 2 | Roof Bolter - Center | 12/24/2023 | 12/24/2023 | 8.0000 | $32.41 | $259.32 | $518.64 |
| RSOT | 2 | Roof Bolter - Center | 12/24/2023 | 12/24/2023 | 1.2500 | $48.62 | $60.78 | $121.56 |
| Holiday Pay | 2 | Roof Bolter - Center | 12/25/2023 | 12/25/2023 | 8.0000 | $32.41 | $259.32 | $518.64 |
| RSOT | 2 | Roof Bolter - Center | 12/25/2023 | 12/25/2023 | 1.2500 | $48.62 | $60.78 | $121.56 |
| On Job Injury | 2 | Roof Bolter - Center | 12/26/2023 | 12/26/2023 | 8.0000 | | $0.00 | $0.00 |
| On Job Injury | 2 | Roof Bolter - Center | 12/27/2023 | 12/27/2023 | 8.0000 | | $0.00 | $0.00 |
| On Job Injury | 2 | Roof Bolter - Center | 12/28/2023 | 12/28/2023 | 8.0000 | | $0.00 | $0.00 |
| On Job Injury | 2 | Roof Bolter - Center | 12/29/2023 | 12/29/2023 | 8.0000 | | $0.00 | $0.00 |

Total Hours 16.5000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k IS UPre Tx | Yes | $51.22 | $51.22 | $0.00 | $0.00 |
| Dental Plan | Yes | $2.00 | $2.00 | $40.07 | $40.07 |
| Group Term Life | No | $7.94 | $7.94 | $0.00 | $0.00 |
| Basic ADD | No | $0.00 | $0.00 | $3.38 | $3.38 |
| Basic Life | No | $0.00 | $0.00 | $8.32 | $8.32 |
| Employee Assist | No | $0.00 | $0.00 | $0.50 | $0.50 |
| Family Med Lv | No | $0.00 | $0.00 | $1.14 | $1.14 |
| Sickness Accid | No | $0.00 | $0.00 | $1.54 | $1.54 |
| UMWA Medical Pl | Yes | $0.00 | $0.00 | $1,401.12 | $1,401.12 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $9.37 | $9.37 |
| Social Security Employee Tax | $40.06 | $40.06 |
| PA State Income Tax | $19.59 | $19.59 |
| CENTER | $6.38 | $6.38 |
| CENTER TWP | $2.00 | $2.00 |
| PA Unemployment Employee | $0.45 | $0.45 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Holiday | 8.0000 | 0.0000 | 80.0000 |
| Personal | 48.0000 | 0.0000 | 0.0000 |
| U Float Vac | 32.0000 | 0.0000 | 0.0000 |
| U Grad Vac | 80.0000 | 0.0000 | 0.0000 |
| U Reg Vac | 96.0000 | 0.0000 | 0.0000 |

## Net Pay Distribution

| Account Type | Account Number | Amount |
|---|---|---|
| Savings | xxxxxx9963 | $500.00 |
| Checking | xxxxxx0758 | $9.13 |
| Total | | $509.13 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $648.14 | $594.92 | $77.85 | $61.16 | $509.13 |
| YTD | $648.14 | $594.92 | $77.85 | $61.16 | $509.13 |

ver 20210102