IN RE: John Ryan and Lynn A. Ryan          Case No. 24-20668

## STATEMENT CONCERNING EARNED INCOME

    I, Lynn A. Ryan, state pursuant to the penalties of perjury that I have not been employed in the six-month period prior to filing this bankruptcy case. As a result, I have no employer pay advices.

Date: April 2, 2024                              /s/Lynn A. Ryan