#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE WESTERN DISTRICT OF PENNSYLVANIA
#### PITTSBURGH DIVISION

IN RE:  CASE NO. 24-20668-JAD

John D. Ryan  CHAPTER 13
and Lynn A. Ryan

                Debtors.

## **NOTICE OF APPEARANCE**

Please take notice that Orlans PC has been retained as Attorney for Creditor, Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

                Respectfully submitted,

Dated:  April 16, 2024        Orlans PC

        /s/ Michael H. Kaliner
        Michael H. Kaliner, Esq.
        200 Eagle Road, Suite 120
        Wayne, PA 19087
        (484) 367-4191
        mkaliner@orlans.com

        Counsel for Bridgecrest Credit Company, LLC
        as Servicer for Carvana, LLC

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

IN RE:  CASE NO. 24-20668-JAD

John D. Ryan  CHAPTER 13
and Lynn A. Ryan

Debtors.

## CERTIFICATE OF SERVICE

I, Michael H. Kaliner, Attorney of Orlans PC, do hereby certify that on April 16, 2024, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Respectfully submitted,
Orlans PC

/s/ Michael H. Kaliner
Michael H. Kaliner, Esq.
200 Eagle Road, Suite 120
Wayne, PA 19087
(484) 367-4191
mbradford@orlans.com

Counsel for Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC

VIA US MAIL

John D. Ryan
Lynn A. Ryan
306 Telegraph Road
Brownsville, PA 15417
Debtors

VIA ECF

Shawn N. Wright, Attorney for Debtors

Ronda J. Winnecour, Chapter 13 Trustee