IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| JOHN D. RYAN AND | : |
| LYNN A. RYAN, | : CASE NO. 24-20668 JAD |
| DEBTORS, | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : May 20, 2024 @ 9:00 a.m. |
| MOVANT, | : |
| V. | : |
| JOHN D. RYAN AND LYNN A. RYAN, | : |
| RESPONDENTS, | : RELATED TO DOCKET NO. 27 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO DEBTORS'
PROPOSED CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Chapter 13 Plan, on the parties at the below addresses, on May 1, 2024, by:

**24-20668-JAD Notice will be electronically mailed to:**

Jonathan W. Chatham at RA-occbankruptcy7@pa.gov

Danielle Boyle-Ebersole at dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com

Denise Carlon at dcarlon@kmllawgroup.com

Michael H. Kaliner at mkaliner@orlans.com

United States Trustee at ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

Shawn N. Wright at shawn@shawnrightlaw.com, wrightshawn@hotmail.com, wrightshawn49@gmail.com, wrightshawnecf@gmail.com, molly@shawnwrightlaw.com

**24-20668-JAD Notice will not be electronically mailed to:**

Bridgecrest Credit Company, LLC
c/o AIS Portfolio Services, LLC
Dept. APS
4515 North Santa Fe Avenue
Oklahoma City, OK  73118

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC  29603-0587

EXECUTED ON:  May 1, 2024

                                            Respectfully submitted by,

By:    /s/ Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA Attorney I.D.:  209683
Phone: (717) 783-3673
Facsimile: (717) 772-1459