IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| JOHN D. RYAN AND | : |
| LYNN A. RYAN, | : CASE NO. 24-20668 JAD |
| | : |
| DEBTORS, | : |

NOTICE OF APPEARANCE AND DEMAND
FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned counsel appears for the Commonwealth of Pennsylvania, Department of Revenue, a creditor in the above-captioned matter, and, pursuant to Bankruptcy Rule 2002, respectfully requests that all notices, papers, documents, or correspondence, including but not limited to notices, motions, plans/amended plans, or orders, that are required to be given and/or served in this case, be given to and served upon the undersigned counsel at the following address:

Pennsylvania Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
Attn: Terrence Vaughan, Esq.

Respectfully submitted,

DATE: June 3, 2024     By:    /s/ Terrence Vaughan
Terrence Vaughan
Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 325846
Phone: 717-346-4635
Facsimile: 717-772-1459