IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| JOHN D. RYAN AND | : |
| LYNN A. RYAN, | : CASE NO. 24-20668 JAD |
| | : |
| DEBTORS, | : RELATED TO DOCKET NO. 33 |

## CERTIFICATE OF SERVICE FOR NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

I, Terrence Vaughan, certify under penalty of perjury that I served the above captioned pleading Request for Notice, on the parties at the below addresses, on June 3, 2024, by:

**24-20668-JAD Notice will be electronically mailed to:**

Danielle Boyle-Ebersole at dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com

Denise Carlon at dcarlon@kmllawgroup.com

Jonathan W. Chatham at RA-occbankruptcy7@pa.gov

Michael H Kaliner at mkaliner@orlans.com

Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

Terrence Vaughan at ra-occbankruptcy4@pa.gov

Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

Shawn N. Wright at shawn@shawnwrightlaw.com, wrightshawn@hotmail.com; wrightshawn49@gmail.com; wrightshawnecf@gmail.com; molly@shawnwrightlaw.com

**24-20668-JAD Notice will not be electronically mailed to:**

Bridgecrest Credit Company, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

EXECUTED ON:  June 3, 2024

                                Respectfully submitted by,

               By:    /s/  Terrence Vaughan
                        Terrence Vaughan
                        Counsel
                        PA Department of Revenue
                        Office of Chief Counsel
                        P.O. Box 281061
                        Harrisburg, PA 17128-1061
                        PA I.D. # 325846
                        Phone: 717-346-4635
                        Facsimile: 717-772-1459