Certificate Number: 20611-PAW-DE-038685179

Bankruptcy Case Number: 24-20668



20611-PAW-DE-038685179

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 18, 2024, at 12:16 o'clock PM EDT, John D Ryan completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 20, 2024            By:    /s/Consuelo V Gerhardt

                                Name:  Consuelo V Gerhardt

                                Title: Financial Educator