FILED
4/30/26 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**John D. Ryan**
**Lynn A. Ryan**

Debtor(s).

_____

**Case No. 24-20668-JAD**

**Chapter 13**

**Related to Doc. Nos. 14 & 44**

Doc. # 54

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:    the Trustee to correct a scrivener's error contained in the previously filed Order Confirming Plan at Doc 44. The previously submitted order contains an incorrect start date for the monthly plan payment.

❑    a motion to lift stay
     as to creditor    _____

❑    Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated April 2, 2024
❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

[04/22]                    -1-

☒    Debtor(s) Plan payments shall be changed to $4,658.00 per <u>month,</u> effective <u>September 2024;</u> and/or the Plan term shall be changed from ___ months to ____ months.                                    .

❑    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑    Debtor(s) shall file and serve _____ on or before _____.

❑    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

❑    Other: _____

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 30th day of _____April_____, 202_6_

_____ jsf

United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:

/s/ Shawn N. Wright
Shawn N. Wright (PA I.D. #64103)
Counsel to Debtor
7240 McKnight Road
Pittsburgh, PA  15237
412-920-6565
shawn@shawnwrightlaw.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

[04/22]                               -3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20668-JAD |
| John D. Ryan | Chapter 13 |
| Lynn A. Ryan | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 30, 2026 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John D. Ryan, Lynn A. Ryan, 306 Telegraph Road, Brownsville, PA 15417-9560 |
| 15697455 | + | Ainsley Grp, 960 N Tustin St, Orange, CA 92867-5956 |
| 15697465 | + | KLM Law Group, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 15710624 | + | Pacific Asset Recovery Group, Inc., dba Ainsley Group & Assoc, c/o Ainsley Group & Associates, 960 N. Tustin St. Ste #366, Orange CA 92867-5956 |
| 15697468 | + | Shellpoint Mortgage Servicing, PO Box 1410, Troy, MI 48099-1410 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2026 02:17:58 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16518512 | | Email/Text: admin@arsincaz.com | May 01 2026 02:11:00 | Account Recovery Services, PO Box 2178, Litchfield Park, AZ 85340 |
| 15697456 | + | Email/Text: rm-bknotices@bridgecrest.com | May 01 2026 02:12:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 15697457 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 01 2026 02:11:57 | Caine & Weiner, 5805 Sepulveda Blvd. 4th Floor, Van Nuys, CA 91411 |
| 15697458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2026 02:17:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15703043 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2026 02:18:02 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 15697459 | + | Email/Text: bankruptcyColumbia@nisource.com | May 01 2026 02:11:00 | Columbia Gas, 290 W. Nationwide Blvd., Unit 114, Columbus, OH 43215-1082 |
| 15697460 | + | Email/Text: bankruptcy@consumerportfolio.com | May 01 2026 02:11:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 15697461 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 01 2026 02:12:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15697462 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 01 2026 02:11:00 | Dept Of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15697463 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 01 2026 02:18:02 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15697464 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 01 2026 02:11:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15715306 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 01 2026 02:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15697466 | | Email/Text: bk@lendmarkfinancial.com | | |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Apr 30, 2026 | Form ID: pdf900 | Total Noticed: 29

| | | May 01 2026 02:11:00 | Lendmark Financial Service, 2118 Usher St., Covington, GA 30014 |
|---|---|---|---|
| 15710528 | Email/Text: bk@lendmarkfinancial.com | | |
| | | May 01 2026 02:11:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 15702856 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 01 2026 02:46:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15697467 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | May 01 2026 02:11:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15716178 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | May 01 2026 02:11:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15804628 | Email/Text: mtgbk@shellpointmtg.com | | |
| | | May 01 2026 02:11:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 15699238 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | May 01 2026 02:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15699806 | + Email/Text: bankruptcy@huntington.com | | |
| | | May 01 2026 02:11:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |
| 15706157 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | May 01 2026 02:11:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 15707492 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | May 01 2026 02:11:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15697469 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | May 01 2026 02:11:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1817 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bridgecrest Credit Company, LLC as Servicer for Ca |
| cr | | PA Dept of Revenue |
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026 | Signature: | /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

District/off: 0315-2                            User: auto                                    Page 3 of 3
Date Rcvd: Apr 30, 2026                         Form ID: pdf900                              Total Noticed: 29

| Name | Email Address |
| --- | --- |
| Danielle Boyle-Ebersole | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Jonathan W. Chatham | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| Matthew Fissel | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michael H Kaliner | on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC mkaliner@lasp.org |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor John D. Ryan shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Joint Debtor Lynn A. Ryan shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Terrence Vaughan | on behalf of Creditor PA Dept of Revenue ra-occbankruptcy4@pa.gov |

TOTAL: 9